■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNATHAN WRIGHT, Appellant. [996 NYS2d 920]—

Appeal by the defendant from an amended judgment of the Supreme Court, Suffolk County (Cohen, J.), rendered November 30, 2012, revoking a sentence of probation previously imposed by the same court, upon a finding that he violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon his previous conviction of attempted burglary in the second degree.

Ordered that the amended judgment is affirmed.

Contrary to the defendant's contention, upon finding that the defendant violated four conditions of his probation, the Supreme Court did not violate his substantive due process rights by revoking his sentence of probation and sentencing him to a term of imprisonment for the original conviction (*see* CPL 410.70 [5]; *People v Beach,* 118 AD3d 905 [2014]; *People v Costanza,* 36 AD3d 829, 830 [2007]; *People v Haas,* 245 AD2d 825, 826-827 [1997]). Furthermore, the sentence imposed was not excessive (*see People v Hobson,* 43 AD3d 1179 [2007]; *People v Suitte,* 90 AD2d 80 [1982]). Balkin, J.P., Leventhal, Hall and Hinds-Radix, JJ., concur.